```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
NICHOLE BRUCE,                                                    :
                                                                  :
                                            Plaintiff,            :          1:25-cv-1986-GHW
                                                                  :
                     -v-                                          :          ORDER OF SERVICE
                                                                  :
NEW YORK CITY DEPARTMENT OF                                       :
EDUCATION, et al.,                                                :
                                                                  :
                                            Defendants.           :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025

GREGORY H. WOODS, United States District Judge:

Plaintiff Nichole Bruce, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education, Melissa Aviles Ramos, and Marion Wilson. The Clerk of Court is also directed to amend the caption of this case to add Defendants Melissa Aviles Ramos and Marion Wilson, as they are named in the complaint. *See* Dkt. No. 1 at 2–3.

Plaintiff is directed to serve the complaint and applicable summons on each Defendant within 90 days of the issuance of the summonses.[1] If within those 90 days Plaintiff has not served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(a)(2)(B).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint being filed, Fed. R. Civ. P. 4(m), the summons in this case was not issued when Plaintiff filed the complaint because she had not paid the filing fee, *see* Dkt. No. 3. The Court therefore extends the deadline for service until 90 days after the date the summons is issued. *See* Fed. R. Civ. P. 6(b)(1)(A).

Plaintiff may receive court documents by email by completing and submitting the form at the following link: Consent to Electronic Service.[2]

SO ORDERED.

Dated: April 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.