UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BRUCE,

        Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/25

25-CV-1986 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's papers in opposition to defendants' pending motion to dismiss her complaint, consisting of a declaration signed by plaintiff, a declaration signed by her counsel, and a one-paragraph letter seeking leave to amend her complaint, pursuant to Fed. R. Civ. P. 15(a)(2), to "conform with the FRCP's jurisdictional requirements[.]" (Dkts. 19, 20, 21.) However, Local Civ. R. 7.1(a) requires a party opposing a motion to dismiss to file a memorandum of law. Local Civ. R. 7.1(a)(4) requires that a party seeking "relief that goes beyond the denial of the motion" – in this case, leave to amend – do so by notice of cross-motion.[1] Local Civ. R. 15.1(a) requires that motions for leave to amend include, as exhibits, a clean and a redlined copy of the proposed amended pleading.

    Pursuant to this Court's Order dated September 5, 2025 (Dkt. 18), plaintiff's deadline to file her papers in opposition to the pending motion to dismiss is September 10, 2025. If plaintiff wishes to rectify these errors, she may do so before that deadline expires.

Dated: New York, New York
       September 9, 2025        **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] Motions (or cross-motions) for leave to amend the complaint are not among the motions that may be made by letter-application. *See* S.D.N.Y. ECF Rules & Instructions § 13.1. The Court notes that Plaintiff could have amended her complaint as of right, pursuant to Fed. R. Civ. P. 15(a)(1)(B), had she done so within 21 days after service of defendants' motion to dismiss.