```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/27/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BRUCE,

        Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

        Defendants.

25-CV-1986 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendants moved to dismiss the First Amended Complaint on October 9, 2025 (Dkt. 31), making plaintiff's opposition due no later than October 23, 2025. *See* Local Civ. R. 6.1(b). That deadline has passed, and plaintiff has not filed any opposition. The Court notes that this is the third time that plaintiff has failed to file a timely response to a motion to dismiss. (*See* Dkts. 16, 18.) The Court, on its own motion, EXTENDS plaintiff's deadline to oppose the pending motion to dismiss until **October 29, 2025**. No further extensions will be granted absent compelling circumstances.

Dated: New York, New York
       October 27, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**