USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

NICOLE BRUCE,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:25-cv-1986-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On August 20, 2026, Magistrate Judge Barbara Moses issued a report and recommendation on Defendants' motion to dismiss and Plaintiff's motion for leave to file an amended complaint. Dkt. No. 48. Plaintiff Nicole Bruce filed objections to the report and recommendation on September 1, 2026. Dkt. No. 49. Defendants' response, if any, is due no later than September 15, 2026. No extension of this deadline will be granted.

SO ORDERED.

Dated: September 1, 2026
New York, New York

GREGORY H. WOODS
United States District Judge