**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NICOLE BRUCE,

Plaintiff,

-against-

25 **CIVIL** 1986 (GHW)

# JUDGMENT

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 22, 2026, the Court adopts the R&R in full. Defendants' motion to dismiss Plaintiff's claims in the First Amended Complaint is GRANTED and Plaintiff's motion to amend the complaint is DENIED. Accordingly, judgment is entered for Defendants and the case is closed.

**Dated:** New York, New York

September 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**